1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Jesus Juan Manuel Ortiz

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0804-W-02 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JESUS JUAN MANUEL ORTIZ, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

William A. Hall, Jr.
William.A.Hall@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov; and

Donald L. Levine
lawmandll@juno.com

Respectfully submitted,

DATED:    April 28, 2008         /s/ Erica K. Zunkel
                                 **ERICA K. ZUNKEL**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Jesus Juan Manuel Ortiz