| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0804-W |
| Plaintiff, | DATE: May 12, 2008 |
| | TIME: 2:00 p.m. |
| v. | Before Honorable Thomas J. Whelan |
| MARIA LAURA LAMUG (1), | UNITED STATES' RESPONSE TO |
| JESUS JUAN MANUEL ORTIZ (2), | DEFENDANTS' MOTIONS TO: |
| Defendant(s). | (1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; |
| | (2) SUPPRESS STATEMENTS; |
| | (3) RE-TEST AND RE-WEIGH EVIDENCE; |
| | (4) DISMISS INDICTMENT DUE TO THE UNCONSTITUTIONALITY OF THE CHARGING STATUTES; |
| | (5) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; |
| | (6) GRANT LEAVE TO FILE FURTHER MOTIONS |
| | TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Response to Defendants' Motions in the above-referenced case. Said response is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities. Said motion is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

1
2        DATED: May 2, 2008.
3                                          Respectfully submitted,
4                                          KAREN P. HEWITT
                                           United States Attorney
5
6                                          s/ William A. Hall, Jr.
                                           WILLIAM A. HALL, JR.
7                                          Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                         2