UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>Jesus Juan Manuel Ortiz (02),<br><br>                Defendant. | CASE NO. 08CR0804-W<br><br>**JUDGMENT OF DISMISSAL** |

FILED
MAY 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 841(a)(1) & 18 USC 2;21 USC 952,960 & 18 USC 2.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/12/08

                                      Thomas J. Whelan
                                      UNITED STATES DISTRICT JUDGE