# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER  08CR804W |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 06074198 |
| JESUS JUAN MANUEL ORTIZ ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5-12-08__ the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [X] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by
_____ Deputy Clerk

Crim-9 (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY